UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN *et al.*, | |
| Plaintiffs, | Civil Action No.:   08-0324 (RMU) |
| v. | Re Document No.:   7 |
| EXTREME GRANITE, INC., | |
| Defendant. | |

## ORDER

### GRANTING THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 3rd day of December, 2009, it is hereby

**ORDERED** that the plaintiffs' motion for default judgment is **GRANTED**. The defendant shall pay $41,316.97 representing unpaid contributions, interest, damages, costs and attorney's fees. The defendant shall also provide the plaintiffs with access to the defendant's books and records to the extent necessary to conduct an audit for the period between May 2005 and the date of this Order.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 12-3-09
NANCY MAYER WHITTINGTON, CLERK
By: Michael Darby 1-12-2010